United States District Court
Southern District of Texas
**ENTERED**
November 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIM. NO. 4:16-CR-220 |
| WILLIAM GERALD OJEMANN<br>Defendant. | § § | |

## O R D E R

Upon the motion of the United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, it is hereby **Ordered** that the above-styled Indictment is dismissed without prejudice against defendant, **WILLIAM GERALD OJEMANN**.

Entered this 26th day of November, 2018.

_____
THE HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE